UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    Plaintiffs,

    v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    Defendants.

CASE NO :6:22-CV-00286-PGB-LHP

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

  I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Lisa D. Haba, The Haba Law Firm, P.A., Attorney for Plaintiffs
    Edmee Martinez, Plaintiff
    Jane Doe Nos. 1-3, Plaintiffs
    John Gillespie, Defendant
    Mark Fetherman, Defendant
    John Gillespie Law, P.A., Defendant
    Brevard Criminal Attorneys, P.A., Defendant
    Leon Gillespie and Associates, P.A., related entity
    Gillespie Law Group, P.A., related entity
    John Gillespie, P.A., related entity
    LAWJG, P.A., related entity

   Acosta Garcia Gillespie & Young, P.A., related entity
   Acosta-Garcia Law, P.A., related entity
   Gillespie Law & Mediation, P.A., related entity
   Mullins & Gillespie, P.A., related entity
   Gillespie Santiago, P.A., related entity
   Gillespie Kagan Law, P.A., related entity
   Gillespie Law Firm, P.A., related entity
   Duarte Gillespie, P.A., related entity
   Kagan & Gillespie, P.A., related entity

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Edmee Martinez, Plaintiff
  Jane Doe Nos. 1-3, Plaintiffs

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATED: February 23, 2022     */s/ Lisa D. Haba*
               Lisa D. Haba (FBN 077535)
               **THE HABA LAW FIRM, P.A.**
               1220 Commerce Park Dr., Suite 207
               Longwood, FL 32779
               Telephone: (844) 422-2529
               lisahaba@habalaw.com