UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, ET AL.

    Plaintiffs,

v.                                       CASE NO. 6-22-cv-00286-PGB-LHP

JOHN GILLESPIE, ET AL.,

    Defendants.

## NOTICE OF APPEARANCE

The undersigned attorney hereby files this Notice of Appearance on behalf of John Gillespie and requests that copies of all future pleadings, papers and communications be directed to the address and telephone listed below.

Dated: 25 March 2022                       Respectfully submitted,

                                                      /s/ Augustus Invictus
                                                      Augustus Invictus, Esq.
                                                      Florida Bar No. 98586
                                                      The Invictus Law Firm, P.A.
                                                      424 E. Central Blvd., Ste. 731
                                                      Orlando, Florida 32801
                                                      Phone: 407.900.2848
                                                      Email: InvictusPA@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 25 March 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                      /s/ Augustus Invictus
                                                     Augustus Invictus, Esq.