UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, ET AL.

    Plaintiffs,

v.                                      CASE NO. 6-22-cv-00286-PGB-LHP

JOHN GILLESPIE, ET AL.,

    Defendants.

## **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant John Gillespie files this Answer to Plaintiffs' Amended Complaint (hereinafter referred to as "Complaint") and states as follows:

## INTRODUCTION

1. Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 2 of the Complaint. Plaintiff admits that he is presently incarcerated.

3. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

## PARTIES

1. Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. Defendant denies the allegations contained in paragraph 2 of the Complaint.

3. Defendant denies the allegations contained in paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

## DEFENDANTS

12. Defendant admits the allegations contained in paragraph 12 of the Complaint as partially correct.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint. The Corporation never did business.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Complaint.

## JURISDICTION AND VENUE

20. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 20 of the Complaint.

21. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 21 of the Complaint.

22. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 22 of the Complaint.

23. Defendant denies the allegations contained in paragraph 23 of the Complaint.

24. Defendant denies the allegations contained in paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in paragraph 25 of the Complaint.

## LEGAL BACKGROUND

26. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 26 of the Complaint.

27. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 27 of the Complaint.

28. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 28 of the Complaint.

29. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 29 of the Complaint.

## FACTUAL ALLEGATIONS

30. Defendant admits the allegations contained in paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in paragraph 31 of the Complaint.

32. Defendant denies the allegations contained in paragraph 32 of the Complaint.

33. Defendant denies the allegations contained in paragraph 33 of the Complaint.

34. Defendant denies the allegations contained in paragraph 34 of the Complaint.

35. Defendant denies the allegations contained in paragraph 35 of the Complaint.

36. Defendant denies the allegations contained in paragraph 36 of the Complaint.

37. Defendant denies the allegations contained in paragraph 37 of the Complaint.

38. Defendant denies the allegations contained in paragraph 38 of the Complaint.

39. Defendant denies the allegations contained in paragraph 39 of the Complaint.

40. Defendant denies the allegations contained in paragraph 40 of the Complaint.

41. Defendant denies the allegations contained in paragraph 41 of the Complaint.

42. Defendant denies the allegations contained in paragraph 42 of the Complaint.

43. Defendant denies the allegations contained in paragraph 43 of the Complaint.

44. Defendant denies the allegations contained in paragraph 44 of the Complaint.

**A. EDMEE MARTINEZ**

45. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 45 of the Complaint.

46. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 46 of the Complaint.

47. Defendant denies the allegations contained in paragraph 47 of the Complaint.

48. Defendant denies the allegations contained in paragraph 48 of the Complaint.

49. Defendant denies the allegations contained in paragraph 49 of the Complaint.

50. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 50 of the Complaint.

51. Defendant denies the allegations contained in paragraph 51 of the Complaint.

52. Defendant denies the allegations contained in paragraph 52 of the Complaint.

53. Defendant denies the allegations contained in paragraph 53 of the Complaint.

54. Defendant denies the allegations contained in paragraph 54 of the Complaint.

55. Defendant denies the allegations contained in paragraph 55 of the Complaint.

56. Defendant denies the allegations contained in paragraph 56 of the Complaint.

57. Defendant denies the allegations contained in paragraph 57 of the Complaint.

58. Defendant denies the allegations contained in paragraph 58 of the Complaint.

59. Defendant denies the allegations contained in paragraph 59 of the Complaint.

60. Defendant denies the allegations contained in paragraph 60 of the Complaint.

61. Defendant denies the allegations contained in paragraph 61 of the Complaint.

62. Defendant denies the allegations contained in paragraph 62 of the Complaint.

63. Defendant denies the allegations contained in paragraph 63 of the Complaint.

64. Defendant denies the allegations contained in paragraph 64 of the Complaint.

B.   **JANE DOE NO. 1**

65. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 65 of the Complaint.

66. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 66 of the Complaint.

67. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 67 of the Complaint.

68. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 68 of the Complaint.

69. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 69 of the Complaint.

70. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 70 of the Complaint.

71. Defendant denies the allegations contained in paragraph 71 of the Complaint.

72. Defendant denies the allegations contained in paragraph 72 of the Complaint.

73. Defendant denies the allegations contained in paragraph 73 of the Complaint.

74. Defendant denies the allegations contained in paragraph 74 of the Complaint.

75. Defendant denies the allegations contained in paragraph 75 of the Complaint.

76. Defendant denies the allegations contained in paragraph 76 of the Complaint.

77. Defendant denies the allegations contained in paragraph 77 of the Complaint.

78. Defendant denies the allegations contained in paragraph 78 of the Complaint.

79. Defendant denies the allegations contained in paragraph 79 of the Complaint.

80. Defendant denies the allegations contained in paragraph 80 of the Complaint.

81. Defendant denies the allegations contained in paragraph 81 of the Complaint.

82. Defendant denies the allegations contained in paragraph 82 of the Complaint.

83. Defendant denies the allegations contained in paragraph 83 of the Complaint.

84. Defendant denies the allegations contained in paragraph 84 of the Complaint.

85. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 85 of the Complaint.

86. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 86 of the Complaint.

87. Defendant denies the allegations contained in paragraph 87 of the Complaint.

**C.    JANE DOE NO. 2**

88. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 88 of the Complaint.

89. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 89 of the Complaint.

90. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 90 of the Complaint.

91. Defendant admits the allegations contained in paragraph 91 of the Complaint.

92. Defendant admits the allegations contained in paragraph 92 of the Complaint.

93. Defendant denies the allegations contained in paragraph 93 of the Complaint.

94. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 94 of the Complaint.

95. Defendant denies the allegations contained in paragraph 95 of the Complaint.

96. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 96 of the Complaint.

97. Defendant denies the allegations contained in paragraph 97 of the Complaint.

98. Defendant denies the allegations contained in paragraph 98 of the Complaint.

99. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 99 of the Complaint.

100. Defendant denies the allegations contained in paragraph 100 of the Complaint.

101. Defendant denies the allegations contained in paragraph 101 of the Complaint.

102. Defendant denies the allegations contained in paragraph 102 of the Complaint.

103. Defendant denies the allegations contained in paragraph 103 of the Complaint.

104. Defendant denies the allegations contained in paragraph 104 of the Complaint.

105. Defendant denies the allegations contained in paragraph 105 of the Complaint.

106. Defendant denies the allegations contained in paragraph 106 of the Complaint.

107. Defendant denies the allegations contained in paragraph 107 of the Complaint.

108. Defendant denies the allegations contained in paragraph 108 of the Complaint.

109. Defendant denies the allegations contained in paragraph 109 of the Complaint.

110. Defendant denies the allegations contained in paragraph 110 of the Complaint.

111. Defendant denies the allegations contained in paragraph 111 of the Complaint.

112. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 112 of the Complaint.

113. Defendant denies the allegations contained in paragraph 113 of the Complaint.

114. Defendant denies the allegations contained in paragraph 114 of the Complaint.

115. Defendant denies the allegations contained in paragraph 115 of the Complaint.

116. Defendant denies the allegations contained in paragraph 116 of the Complaint.

117. Defendant denies the allegations contained in paragraph 117 of the Complaint.

118. Defendant admits the allegations contained in paragraph 118 of the Complaint.

119. Defendant denies the allegations contained in paragraph 119 of the Complaint.

D.  **JANE DOE NO. 3**

120. Defendant denies the allegations contained in paragraph 120 of the Complaint.

121. Defendant denies the allegations contained in paragraph 121 of the Complaint.

122. Defendant denies the allegations contained in paragraph 122 of the Complaint.

123. Defendant denies the allegations contained in paragraph 123 of the Complaint.

124. Defendant denies the allegations contained in paragraph 124 of the Complaint.

125. Defendant denies the allegations contained in paragraph 125 of the Complaint.

126. Defendant denies the allegations contained in paragraph 126 of the Complaint.

127. Defendant denies the allegations contained in paragraph 127 of the Complaint.

128. Defendant denies the allegations contained in paragraph 128 of the Complaint.

129. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 129 of the Complaint.

130. Defendant denies the allegations contained in paragraph 130 of the Complaint.

131. Defendant denies the allegations contained in paragraph 131 of the Complaint.

132. Defendant denies the allegations contained in paragraph 132 of the Complaint.

133. Defendant denies the allegations contained in paragraph 133 of the Complaint.

134. Defendant denies the allegations contained in paragraph 134 of the Complaint.

135. Defendant denies the allegations contained in paragraph 135 of the Complaint.

136. Defendant denies the allegations contained in paragraph 136 of the Complaint.

137. Defendant denies the allegations contained in paragraph 137 of the Complaint.

138. Defendant denies the allegations contained in paragraph 138 of the Complaint.

139. Defendant denies the allegations contained in paragraph 139 of the Complaint.

140. Defendant denies the allegations contained in paragraph 140 of the Complaint.

141. Defendant denies the allegations contained in paragraph 141 of the Complaint.

142. Defendant denies the allegations contained in paragraph 142 of the Complaint.

143. Defendant denies the allegations contained in paragraph 143 of the Complaint.

144. Defendant denies the allegations contained in paragraph 144 of the Complaint.

145. Defendant denies the allegations contained in paragraph 145 of the Complaint.

146. Defendant denies the allegations contained in paragraph 146 of the Complaint.

147. Defendant denies the allegations contained in paragraph 147 of the Complaint.

148. Defendant denies the allegations contained in paragraph 148 of the Complaint.

E. **PLAINTIFFS WERE PREVENTED FROM PREVIOUSLY PURSUING CLAIMS**

149. Defendant denies the allegations contained in paragraph 149 of the Complaint.

150. Defendant denies the allegations contained in paragraph 150 of the Complaint.

151. Defendant denies the allegations contained in paragraph 151 of the Complaint.

152. Defendant denies the allegations contained in paragraph 152 of the Complaint.

153. Defendant denies the allegations contained in paragraph 153 of the Complaint.

154. Defendant denies the allegations contained in paragraph 154 of the Complaint.

155. Defendant denies the allegations contained in paragraph 155 of the Complaint.

156. Defendant denies the allegations contained in paragraph 156 of the Complaint.

157. Defendant denies the allegations contained in paragraph 157 of the Complaint.

158. Defendant denies the allegations contained in paragraph 158 of the Complaint.

159. Defendant denies the allegations contained in paragraph 159 of the Complaint.

160. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 160 of the Complaint.

161. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 161 of the Complaint.

162. Defendant denies the allegations contained in paragraph 162 of the Complaint.

## CAUSES OF ACTION

## COUNT I

163. Defendant restates and incorporates by reference the answers contained in paragraphs 1-162, as if fully set forth in this Count.

164. Defendant denies the allegations contained in paragraph 164 of the Complaint.

165. Defendant lacks sufficient knowledge to form a sufficient belief as to the truth of each and every allegation contained in Paragraph 165 of the Complaint.

166. Defendant denies the allegations contained in paragraph 166 of the Complaint.

167. Defendant denies the allegations contained in paragraph 167 of the Complaint.

168. Defendant denies the allegations contained in paragraph 168 of the Complaint.

169. Defendant denies the allegations contained in paragraph 169 of the Complaint.

170. Defendant denies the allegations contained in paragraph 170 of the Complaint.

## COUNT II

171. Defendant restates and incorporates by reference the answers contained in paragraphs 1-162, as if fully set forth in this Count.

172. Defendant denies the allegations contained in paragraph 172 of the Complaint.

173. Defendant denies the allegations contained in paragraph 173 of the Complaint.

174. Defendant denies the allegations contained in paragraph 174 of the Complaint.

175. Defendant denies the allegations contained in paragraph 175 of the Complaint.

176. Defendant denies the allegations contained in paragraph 176 of the Complaint.

## COUNT III

177. Defendant restates and incorporates by reference the answers contained in paragraphs 1-162, as if fully set forth in this Count.

178. Defendant denies the allegations contained in paragraph 178 of the Complaint.

179. Defendant denies the allegations contained in paragraph 179 of the Complaint.

180. Defendant denies the allegations contained in paragraph 180 of the Complaint.

181. Defendant denies the allegations contained in paragraph 181 of the Complaint.

182. Defendant denies the allegations contained in paragraph 182 of the Complaint.

## COUNT IV

183. Defendant restates and incorporates by reference the answers contained in paragraphs 1-162, as if fully set forth in this Count.

184. Defendant denies the allegations contained in paragraph 184 of the Complaint.

185. Defendant denies the allegations contained in paragraph 185 of the Complaint.

186. Defendant denies the allegations contained in paragraph 186 of the Complaint.

187. Defendant denies the allegations contained in paragraph 187 of the Complaint.

188. Defendant denies the allegations contained in paragraph 188 of the Complaint.

189. Defendant denies the allegations contained in paragraph 189 of the Complaint.

## COUNT V

190. Defendant restates and incorporates by reference the answers contained in paragraphs 1-162, as if fully set forth in this Count.

191. Defendant denies the allegations contained in paragraph 191 of the Complaint.

192. Defendant denies the allegations contained in paragraph 192 of the Complaint.

193. Defendant denies the allegations contained in paragraph 193 of the Complaint.

194. Defendant denies the allegations contained in paragraph 194 of the Complaint.

195. Defendant denies the allegations contained in paragraph 195 of the Complaint.

## JURY DEMAND

Defendant hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. The Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

2. Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

### Third Affirmative Defense

3. Defendant reserves the right to assert further affirmative defenses as they become evident through discovery investigation.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that his answer be deemed good and sufficient and all claims by Plaintiffs against Defendant be dismissed, with prejudice, and such other and further relief, legal and equitable, including attorney's fees, be awarded Defendants.

SIGNATURE ON FOLLOWING PAGE

Dated: 28 March 2022 									Respectfully submitted,

/s/ Augustus Invictus					
**Augustus Invictus, Esq.**
Florida Bar No.: 98586
The Invictus Law Firm, P.A.
424 E. Central Blvd. #731
Orlando, Florida 32801
Phone: 407.900.2848
Email: InvictusPA@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been furnished by e-service to Lisa Haba, The Haba Law Firm, P.A., 1220 Commerce Park Dr., Suite 207, Longwood, Florida 32779, on this 28th day of March 2022.

/s/ Augustus Invictus					
**Augustus Invictus, Esq.**

17