UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE )
NO. 1, JANE DOE NO. 2, AND )
JANE DOE NO. 3, )
 )
 )
     Plaintiffs, )
 )
 )
v. )   CASE NO: 6:22-CV-00286-PGB-LHP
 )
 )
JOHN GILLESPIE, MARK )
FETHERMAN, JOHN GILLESPIE )
LAW, P.A., and BREVARD )
CRIMINAL ATTORNEYS, P.A. , )
 )
     Defendants )
_____)

## ANSWER

**COMES NOW THE DEFENDANT, MARK FETHERMAN,** by and through his undersigned attorney, and submits this, his answer to the Amended Complaint filed herein on February 28, 2022, and states:

1. Defendant denies the allegations in paragraphs 1 and 4 of the "introduction" to the Amended Complaint.

2. Defendant is without knowledge and therefore denies the allegations in paragraphs 2, 3, 5, and 6 of the "introduction" to the Amended Complaint.

1

3. Defendant is without knowledge and therefore denies the allegations in paragraphs 1, 2, 5, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, and 19 of the "parties" to the Amended Complaint.

4. Defendant denies the allegations in paragraphs 3, 4, 6, 13, of the "parties" to the Amended Complaint.

5. Defendant admits that Plaintiffs have invoked the jurisdiction of this court in paragraphs 20, 21, 22, 23, 24, and 25 of the Amended Complaint and that venue is proper thereunder, but denies any liability to the Plaintiffs.

6. Defendant admits Plaintiffs' allegations in paragraphs 26, 27, 28, and 29, of the Amended Complaint, but denies any liability to the Plaintiffs.

7. Defendant denies the allegations in paragraph 31, 134, 135, 148, 149, of the Amended Complaint.

8. Defendant is without knowledge and therefore denies the allegations in paragraphs 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145,

146, 147, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, and 162 of the Amended Complaint.

9. Defendant makes no allegations in response to paragraphs 163 – 170 in the Amended Complaint, as Count I seeks no relief against him.

10. Defendant makes no allegations in response to paragraphs 171 – 176 in the Amended Complaint, as Count II seeks no relief against him.

11. Defendant makes no allegations in response to paragraphs 177 – 182 in the Amended Complaint as Count III seeks no relief against him.

12. Defendant repeats and realleges his responses to paragraphs 1-162 below in response the allegations contained in paragraph 183 of the Amended Complaint.

13. Defendant is without knowledge and therefore denies the allegations in paragraphs 184, and 185 of the Amended Complaint.

14. Defendant denies the allegations in paragraphs 186, 187, 188, and 189 of the Amended Complaint.

15. Defendant makes no allegations in response to paragraphs 190 - 195 in the Amended Complaint, as Count V seeks no relief against him.

16. Defendant has retained undersigned counsel to represent him in this action and is obligated to pay a reasonable fee for his services.

**WHEREFORE**, having answered the Amended Complaint filed herein, the

Defendant, Mark Fetherman, demands judgment in his favor that Plaintiffs take nothing by their action, for an award of his costs and reasonable attorneys fees in defense of this action, and for such other relief as to the Court appears just in the premises.

Date: April 12, 2022

Eric W. Ludwig, Esquire
238 N Westmonte Dr., Suite 230
Altamonte Springs, FL 32714
(407) 425-0442 Voice
(407) 841-5442 Facsimile
Email: spk2me705@earthlink.net
Secondary Email: ludwigoffice@gmail.com
Florida Bar No. 328766
Attorney for Mark Fetherman