**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDMEE CHRISTINE**
**MARTINEZ, JANE DOE, JANE**
**DOE and JANE DOE,**

    **Plaintiffs,**

**v.**         **Case No: 6:22-cv-286-PGB-LHP**

**JOHN GILLESPIE, et al.,**

    **Defendants.**
_____/

## <u>ORDER TO SHOW CAUSE</u>

This case is before the Court upon periodic review. Defendant **John Gillespie** has failed to comply with the Court's Order of February 10, 2022 directing counsel to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Defendant John Gillespie shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in the imposition of appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on April 20, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record