UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, ET AL.

Plaintiffs,

v.                                                                           CASE NO. 6-22-cv-00286-PGB-LHP

JOHN GILLESPIE, ET AL.,

Defendants.

### RESPONSE TO ORDER TO SHOW CAUSE

Defendant John Gillespie has filed the Certificate of Interested Persons and Corporate Disclosure Statement [Amended, as Doc. 28] in this matter pursuant to Middle District of Florida Local Rule 3.02(b) and this Court's Order to Show Cause of 20 April 2022 [Doc. 21].

Defendant's failure to file this Notice within fourteen (14) days of this Court's Order was the fault of the undersigned Counsel, not of the Defendant, and was inadvertent and unintentional. Counsel has no excuse for this delay and begs the pardon of the Court.

### CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been furnished by e-service to Lisa Haba, The Haba Law Firm, P.A., 1220 Commerce Park Dr., Suite 207, Longwood, Florida 32779, and Eric W. Ludwig, Law Office of Eric W. Ludwig, 238 N.

1

Westmonte Dr., Suite 230, Altamonte Springs, Florida 32714, on this 9th day of May 2022.

                                              Respectfully submitted,

                                              __/s/ Augustus Invictus_____
                                              **Augustus Invictus, Esq.**
                                              Florida Bar No.: 98586
                                              The Invictus Law Firm, P.A.
                                              424 E. Central Blvd. #731
                                              Orlando, Florida 32801
                                              Phone: 407.900.2848
                                              Email: InvictusPA@protonmail.com