UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    *Plaintiffs*,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    *Defendants*.

CASE NO:6:22-CV-00286-PGB-LHP

**PLAINTIFF JANE DOE NO. 3'S STATEMENT REGARDING APPLICATION FOR DEFAULT JUDGMENT**

Plaintiff, Jane Doe No. 3, by and through her undersigned attorney, and pursuant to Local Rule 1.10(c), notifies this Court that on March 28, 2022, a Clerk's default was entered against Defendants John Gillespie Law, P.A. and Brevard Criminal Attorneys, P.A. ("Law Firms") (Dkt. No. 14 and 15). Jane Doe No. 3 intend to seek a Motion for Final Judgement After Default against Defendant John Gillespie Law, P.A. and Brevard Criminal Attorneys, P.A. after liability is determined for Defendant John Gillespie ("Gillespie").

The alleged acts contained in Plaintiffs' Amended Complaint are part of a conspiracy between Gillespie and his co-conspirators, named and unnamed, to include Defendant Mark Fetherman, John Gillespie Law P.A., and Brevard Criminal

Attorneys P.A. It is alleged these Defendants acted in consort with each other to sex traffic and sexually batter Plaintiffs using threats, violence, manipulation, deception, debt bondage, controlled substances, and other forms of coercion to compel women and children to engage in commercial sex acts.

Jane Doe No. 3 was introduced to Gillespie in 2019. Gillespie knew she was a drug addict, and he, his assistant, John Gillespie Law, P.A., and Brevard Criminal Attorneys, P.A. participated in a venture where they offered her food, her drug of choice, a free place to stay, help getting sober, and free legal help to get her children back. *Id*. at ¶ 121. In reality, this was the lure, enticement, and solicitation to invite Jane Doe No. 3, a vulnerable, addicted woman, into Gillespie's web of sex trafficking. *Id*. at ¶¶ 122-127.  During the time period in which this was occurring, John Gillespie was the sole officer and director of the Law Firms. *Id*. at ¶¶ 14, 17. Both Law Firms knowingly conspired, aided, and abetted, facilitated, and directly participated in Gillespie's criminal activity of luring young women and girls and sexual assaulting and trafficking these women and girls.  *Id*. at ¶¶ 15-16, 18-19. When Jane Doe No. 3 retained Gillespie to represent her, he was working at one or both Law Firms. *Id*. at ¶¶ 140-142. Jane Doe No. 3 did not have the money to pay for the legal services and was instead expected to perform commercial sex acts as payment to Gillespie and Law Firms for the legal services.  *Id*. at ¶ 143.  Consequently, Gillespie's liability is intertwined with the Law Firms' liability, necessitating a determination as to Gillespie's liability before the filing of a Motion for Final Judgement After Default of

2

the Law Firms.

DATED: July 25, 2022

Respectfully Submitted,

By: /s/ Lisa Haba
Lisa D. Haba (FBN 0077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Drive, Suite 207
Longwood, Florida 32779
Tel.:  844-422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*

3