UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>    Defendants. | CASE NO :6:22-CV-00286-PGB-LHP |

**PLAINTIFFS' DESIGNATION OF EXPERT**

The Plaintiffs, through undersigned counsel, hereby designate their expert witnesses in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and state that the following non-retained person(s) may be called to provide expert testimony or present evidence at trial on behalf of the Plaintiffs:

Dr. Jeffrey A. Danziger, M.D.
Psychiatric Affiliates, P.A.
2300 Maitland Center Pkwy #211
Maitland, FL 32751

If called, Dr. Danziger shall testify as a psychiatric expert and shall provide opinion testimony as to the diagnosis and mental state of each Plaintiff, as well as the facts and circumstances surrounding how he arrived at that opinion.

Plaintiffs do not concede that any expert designation, report, or disclosure is

required for the potential testimony of the non-retained person identified above, either under the Rules or any order of this Court, but such designation is provided out of an abundance of caution.

Plaintiffs reserve the right to call any expert designated by Defendants or called by Defendants at hearing or trial.

Plaintiffs further reserve the right to solicit testimony from any person identified by any party as a fact witness in this case, which may require such witness to rely upon their specialized knowledge, training, experience, education, or expertise in a particular filed or which may be considered "opinion" testimony. It is expected that such persons and any non-retained persons would provide testimony consistent with any and all records they have generated and/or any testimony or statements provided to any person or party and within the realm of their expertise and training.

Plaintiffs reserve the right to supplement this designation. Plaintiffs reserve the right to designate additional experts and Plaintiffs' experts reserve the right to supplement, amend, or modify any of the opinions expressed in their reports as additional information may become available through discovery and at trial.

Plaintiffs reserve the right to solicit testimony from any witness, lay or otherwise, who may have relevant opinions within the realms of their expertise.

| | |
|---|---|
| DATED: February 1, 2023 | */s/ Lisa D. Haba*<br>Lisa D. Haba (FBN 077535)<br>**THE HABA LAW FIRM, P.A.**<br>1220 Commerce Park Dr., Suite 207<br>Longwood, FL 32779<br>Telephone: (844) 422-2529<br>lisahaba@habalaw.com |