UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>    Defendants. | CASE NO :6:22-CV-00286-PGB-LHP |

## NOTICE OF SETTLEMENT

In compliance with Local Rule 3.09, Plaintiff Jane Doe No. 3, and Defendant Fetherman, by and through their undersigned counsel, notify this Court that they have reached a settlement.

DATED: February 28, 2023

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*/s/ Eric W. Ludwig*
Eric W. Ludwig, (FBN 328766)
**Law Offices of Eric W. Ludwig**
238 N Westmonte Dr., Suite 230
Altamonte Springs, FL 32714
Telephone (407) 425-0442
Spk2Me705@earthlink.net