# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>Defendants. | CASE NO :6:22-CV-00286-PGB-LHP |

## JOINT MOTION TO DISMISS MARK FETHERMAN

In accordance with Federal Rule of Civil Procedure 41(1)(a), Plaintiff Jane Doe No. 3 ("Plaintiff"), on the one hand, and Defendant Mark Fetherman ("Defendant"), on the other hand, jointly request that all claims of Plaintiff against Defendant be dismissed with prejudice. Each party to this motion has agreed to bear its own costs and attorneys' fees.

DATED: March 15, 2023

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

DATED: March 15, 2023                    */s/ Eric W. Ludwig*
                                          Eric W. Ludwig, (FBN 328766)
                                          **Law Offices of Eric W. Ludwig**
                                          238 N Westmonte Dr., Suite 230
                                          Altamonte Springs, FL 32714
                                          Telephone (407) 425-0442
                                          Spk2Me705@earthlink.net