UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, ET AL.

    Plaintiffs,

v.                                CASE NO. 6-22-cv-00286-PGB-LHP

JOHN GILLESPIE, ET AL.,

    Defendants.

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFEENDANT JOHN GILLESPIE**

> NOTICE OF OPPORTUNITY TO OBJECT
> AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 401 West Central Boulevard Orlando, Florida 32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

    COMES NOW AUGUSTUS INVICTUS, Counsel of Record for Defendant John Gillespie, and, pursuant to Local Rule 2091-2, moves this Honorable Court for

1

leave to withdraw as Counsel. As grounds therefore, Counsel would show the following:

1. Augustus Invictus was retained by Defendant John Gillespie for legal representation in the above-captioned matter.

2. A conflict of interest has been discovered that requires undersigned Counsel to withdraw from representation. This conflict was verified by the Florida Bar.

3. Plaintiffs take no position on this Motion.

4. A copy of this Motion has been mailed to Defendant Gillespie.

WHEREFORE Augustus Invictus respectfully requests that this Court grant his withdrawal from representation of Defendant John Gillespie.

Dated: 30 March 2023                                        Respectfully submitted,

/s/ Augustus Invictus_____
Augustus Invictus, Esq.
Florida Bar No. 98586
The Invictus Law Firm, P.A.
424 E. Central Blvd., Ste. 731
Orlando, Florida 32801
Phone: 407.900.2848
Email: InvictusPA@protonmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 30 March 2023, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via email to:

Lisa Haba, Esq.
The Haba Law Firm, P.A.
1220 Commerce Park Drive, Ste. 207
Longwood, FL 32779
Phone: 844.422.2529
Email: lisahaba@habalaw.com
Attorney for Plaintiffs

Also on 30 March 2023, I mailed the foregoing document via USPS to Defendant:

John Gillespie
20009561 MPOD-E
Orange County Jail
P.O. Box 4970
Orlando, Florida 32802

                                                /s/ Augustus Invictus
                                                Attorney for Defendant