# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EDMEE CHRISTINE MARTINEZ,
JANE DOE, JANE DOE and JANE
DOE,

        Plaintiffs,

v.                                            Case No:   6:22-cv-286-PGB-LHP

JOHN GILLESPIE, JOHN GILLESPIE
LAW, P.A. and BREVARD
CRIMINAL ATTORNEYS, P.A.,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN GILLESPIE (Doc. No. 50)
>
> **FILED:** March 30, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local 2.02(c), specifically subsections (c)(1)(A)–(B) and (c)(3). Merely providing a "Notice of Opportunity to Object" to

- 2 -

Defendant within the body of the motion does not suffice to comply with Local Rule 2.02(c)(1)(A)–(B).   In addition, the motion fails to comply with Local Rules 3.01(a) and 3.01(g)(2).   Any renewed motion must fully comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2023.

                                                           Leslie Hoffman Price
                                                           LESLIE HOFFMAN PRICE
                                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties