UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    Plaintiffs,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    Defendants.

CASE NO :6:22-CV-00286-PGB-LHP

## **JANE DOE NO. 3 VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Jane Doe No. 3 hereby voluntarily dismisses her claims against Defendants: JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A. ("Law Firm Defendants") in this matter with prejudice.

Both Law Firm Defendants failed to respond to the Complaint and were defaulted on March 28, 2023. *See* Dkt. No. 14, 15. Since that time, it has been discovered that Law Firm Defendants are defunct and closed businesses with no insurance or assets.

Jane Doe No. 3 therefore dismisses this action against Law Firm Defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: April 7, 2023 　　　　　　　　　*/s/ Lisa D. Haba*
　　　　　　　　　　　　　　　　　　　Lisa D. Haba (FBN 077535)
　　　　　　　　　　　　　　　　　　　**THE HABA LAW FIRM, P.A.**
　　　　　　　　　　　　　　　　　　　1220 Commerce Park Dr., Suite 207
　　　　　　　　　　　　　　　　　　　Longwood, FL 32779
　　　　　　　　　　　　　　　　　　　Telephone: (844) 422-2529
　　　　　　　　　　　　　　　　　　　lisahaba@habalaw.com