UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO.1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>Defendants. | CASE NO: 6:22-CV-00286-PGB-LHP |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT JOHN GILLESPIE**

COMES NOW AUGUSTUS INVICTUS, Counsel of Record for Defendant John Gillespie, and moves this Honorable Court for leave to withdraw as Counsel. As grounds therefore, Counsel would show the following:

1. Augustus Invictus was retained by Defendant John Gillespie for legal representation in the above-captioned matter.

2. Attorney and Client have irreconcilable differences, which make it impossible for Counsel to continue his representation of Defendant Gillespie.

4. Defendant Gillespie has been advised that there are irreconcilable differences and that the undersigned would be petitioning this Court for leave to withdraw as Counsel.

5. A succeeding attorney is not known.

6. Defendant Gillespie has been advised by the undersigned and understands that a lack of legal representation in this matter could result in negative repercussions in his case, up to and including dismissal or defeat.

7. A copy of this Motion has been emailed and mailed to Defendant Gillespie, who consents to this Motion and signs below.

WHEREFORE Augustus Invictus respectfully requests that this Court grant his withdrawal from representation of Defendant John Gillespie.

CONSENTED TO:

_____
John Gillespie
20009561 MPOD-E
Orange County Jail
P.O. Box 4970
Orlando, Florida 32802

Dated: 4-21-23

Respectfully submitted,

_____
Augustus Invictus, Esq. – Trial Counsel
Florida Bar No. 98586
The Law Office of Augustus Invictus, Esq.
424 E. Central Blvd., Ste. 731
Orlando, Florida 32801
Phone: 407.900.2848
Email: InvictusPA@protonmail.com
Attorney for Defendant