UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE CHRISTINE MARTINEZ,
JANE DOE, JANE DOE and JANE
DOE,

        Plaintiffs,

v.                                           Case No:   6:22-cv-286-PGB-LHP

JOHN GILLESPIE,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN GILLESPIE (Doc. No. 59)
>
> **FILED:** May 1, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The renewed motion fails to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g).  Any renewed motion must fully comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties