UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

   Plaintiffs,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

   Defendants.

CASE NO :6:22-CV-00286-PGB-LHP

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [DE 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800.  The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

In May of 2023, the trial court ordered that Gillespie be re-evaluated for competency, necessitating a second round of competency evaluations to be conducted

and brought before the court.[1]  Dr. Ruiz and Dr. Danziger both filed updated competency evaluations with the Court at the end of May, 2023.

On July 20, 2023, a competency hearing was held.  During that proceeding, the trial judge recused herself and the chief judge has not yet reassigned the case.  Currently, a trial date is unknown amidst the outstanding issues.

DATED: August 7, 2023

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*

---

[1] On July 26, 2021, Defendant Gillespie was found incompetent after a hearing.  He was restored to competency and declared competent on February 4, 2022.