# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    Plaintiffs,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    Defendants.

CASE NO :6:22-CV-00286-PGB-LHP

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [DE 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800.  The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

In late 2022, Judge Wilson recused herself and the case was reassigned to Judge Harris.  Gillespie represented to the Court that he wanted to represent himself.  On

March 31, 2023, Judge Harris ordered that Defendant be evaluated for competency by two doctors. On May 31, 2023, each doctor submitted an evaluation with conflicting opinions. Instead of ordering a third evaluation, Judge Harris ordered a hearing on the matter, which was held on July 20, 2023. During that proceeding, Judge Harris recused herself mid-hearing.

The case has now been reassigned to Judge Strowbridge. On October 12, 2023, Judge Strowbridge heard and granted the Motion to Withdraw filed by Defendant's attorney. Judge Strowbridge then appointed Attorney Bankowitz, who had a conflict and promptly withdrew on October 17, 2023. On October 23, 2023, Attorney Adamson was appointed to represent Defendant. The case next needs a competency hearing to take place which has not been possible until an attorney was appointed.

DATED: October 29, 2023

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*