**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>Defendants. | CASE NO :6:22-CV-00286-PGB-LHP |

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800.  The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

On July 23, 2021, Defendant Gillespie was found incompetent to proceed in the criminal proceeding.  He was sent to the State Hospital, where he was restored to

competency. A second competency evaluation was ordered and on January 24, 2024, Defendant Gillespie was again found incompetent to proceed in the criminal proceeding. Defendant Gillespie will be sent to the State Hospital to be restored to competency.

DATED: January 26, 2024

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*