UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    Plaintiffs,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    Defendants.

CASE NO: 6:22-CV-00286-PGB-LHP

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800. The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

On July 23, 2021, Defendant Gillespie was found incompetent to proceed in the criminal proceeding. He was sent to the State Hospital, where he was restored to competency.

A second competency evaluation occurred on January 25, 2024. The competency hearing was set for March 22, 2024, but Defendant Gillespie refused to be transported from the jail to court. On this date, the Court found the prior competency evaluation was stale, ordered a new one be conducted, and set the competency hearing for May 6, 2024.

DATED: April 23, 2024                     */s/ Lisa D. Haba*
                                                                  Lisa D. Haba (FBN 077535)
                                                                  **THE HABA LAW FIRM, P.A.**
                                                                  1220 Commerce Park Dr., Suite 207
                                                                  Longwood, FL 32779
                                                                  Telephone: (844) 422-2529
                                                                  lisahaba@habalaw.com
                                                                  *Attorney for Plaintiffs*