UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,<br><br>     Plaintiffs,<br><br>     v.<br><br>JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,<br><br>     Defendants. | CASE NO: 6:22-CV-00286-PGB-LHP |

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800. The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

Defendant Gillespie underwent a competency evaluation in January of 2024 and again in June of 2024. On July 15, 2024, the Court ordered that another Doctor

2

be appointed to evaluate the Defendant.  The competency hearing, previously set in May of 2024, has been reset for September 23, 2024.

DATED: July 29, 2024                                   /s/ Lisa D. Haba
                                                                    Lisa D. Haba (FBN 077535)
                                                                    **THE HABA LAW FIRM, P.A.**
                                                                    1220 Commerce Park Dr., Suite 207
                                                                    Longwood, FL 32779
                                                                    Telephone: (844) 422-2529
                                                                    lisahaba@habalaw.com
                                                                    *Attorney for Plaintiffs*