UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO.
1, JANE DOE NO. 2, and JANE DOE
NO. 3,

     Plaintiffs,

      v.

JOHN GILLESPIE, MARK
FETHERMAN, JOHN GILLESPIE
LAW, P.A., and BREVARD
CRIMINAL ATTORNEYS, P.A.,

     Defendants.

CASE NO: 6:22-CV-00286-PGB-LHP

**STATUS REPORT**

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800. The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

A competency hearing occurred for Defendant Gillespie on October 15, 2024. At the hearing, Gillespie was found to be incompetent and was ordered to be

involuntarily committed to the State Hospital to attempt to be restored to competency. A followup competency status hearing was set for March 31, 2025. At this hearing, it was discovered that Defendant Gillespie had never been transported to the State Hospital. The Orange County Circuit Court again ordered that Defendant Gillespie be transported to the State Hospital to attempt to restore him to competency. A followup competency status hearing is scheduled for June 9, 2025.

DATED: May 1, 2025

/s/ Lisa D. Haba
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*