# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

    Plaintiffs,

v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

    Defendants.

CASE NO: 6:22-CV-00286-PGB-LHP

## STATUS REPORT

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800. The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

Defendant Gillespie was previously found to be incompetent and was involuntarily committed to the State Hospital. On July 14, 2025, Gillespie was found

competent to proceed by the State Court and the criminal case has commenced for prosecution.

DATED: July 21, 2025
                                       */s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*