**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDMEE MARTINEZ, JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3,

      Plaintiffs,

      v.

JOHN GILLESPIE, MARK FETHERMAN, JOHN GILLESPIE LAW, P.A., and BREVARD CRIMINAL ATTORNEYS, P.A.,

      Defendants.

CASE NO: 6:22-CV-00286-PGB-LHP

**STATUS REPORT**

Plaintiffs, Edmee Martinez and Jane Doe Nos. 1-3 (collectively the "Plaintiffs"), through their undersigned counsel and pursuant to this Court's Order Staying Case [Doc. 58], hereby submit this Status Report.

On May 11, 2020, Defendant Gillespie was charged with multiple counts of Human Trafficking for Commercial Sexual Activity of a Child, Human Trafficking for Commercial Sexual Activity, Racketeering, Conspiracy to Engage in a Pattern of Racketeering Activity, and Unlawful Use of a Two-Way Communication Device in Florida State Court, Orange County, Case No. 2020-CF-4800-A-O. The Office of Statewide Prosecution for the State of Florida is prosecuting the case.

Defendant Gillespie was previously found to be incompetent and was involuntarily committed to the State Hospital. On July 14, 2025, Gillespie was found

competent to proceed by the State Court and the criminal case commenced for prosecution.  Defendant represents himself pro se; standby counsel was previously appointed but was removed by court order in January 2026. Defendant remains incarcerated at the Orange County Jail.

Defendant has continued the discovery process, which remains ongoing. Defendant has filed multiple motions.

On May 5, 2026, the Circuit Court Judge issued a text order in that docket, ordering: "Defendant may depose Nicole Sullivan, Mark Fetterman, and Annie Goodwin telephonically, once Defense has located the deponents, Statewide will coordinate the depositions and agrees to record the depositions. Statewide agrees it will assist in coordinating any additional depositions of state witnesses. Defendant is to file with the Court all motions that can be heard that requires no witnesses within the next two months by Friday May 8, 2026."  A Notice was filed regarding all pending motions that did not require witnesses.  The  next scheduled hearing date is set for July 6, 2026 before the Circuit Court Judge.

There is no scheduled trial date in the Circuit Court at this time.


DATED: June 11, 2026

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
3112 W Lake Mary Blvd.
Lake Mary, FL 32746
Telephone: (844) 422-2529
lisahaba@habalaw.com
*Attorney for Plaintiffs*

2